# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146033(40)

_____

In re FORFEITURE OF BAIL BOND.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COREY DESHAWN GASTON,
      Defendant,

and

YOU WALK BAIL BOND AGENCY,
      Surety-Appellant.
_____

SC:  146033
COA:  305004
Wayne CC:  07-020056-FC

      On order of the Chief Justice, the motion by appellant for extension to April 30, 2013 of the time for filing its brief on appeal is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2013


Clerk